# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL RAY CLEVELAND, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:25-cv-02093-SHL-cgc |
| TRANS UNION, LLC; PRIMIS FINANCIAL CORP.; and MOMNT TECHNOLOGIES, INC., | ) |
|     Defendants. | ) |

### ORDER DISMISSING TRANS UNION, LLC WITH PREJUDICE

Plaintiff Michael Ray Cleveland and Defendant Trans Union, LLC filed a joint stipulation of dismissal with prejudice as to only Trans Union under Federal Rule of Civil Procedure 41. (ECF No. 43.) But in multi-defendant matters, "Rule 21 provides the appropriate basis for dismissal of a single defendant," not Rule 41. Henderson-Thompson v. Jardoin, No. 2:22-cv-2013-MSN-cgc, 2022 WL 349896, at *2 (W.D. Tenn. Feb. 4, 2022) (citing Philip Carey Mfg. Co. v. Taylor, 286 F.2d 782, 785 (6th Cir. 1961)). The Court will therefore construe the joint stipulation as a motion to dismiss under Rule 21, which permits a court to drop a party at any time on motion or on its own. Fed. R. Civ. P. 21. Dropping parties under Rule 21 functions as a dismissal of the party. See id.

Thus, all claims against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE**. This dismissal does not apply to Cleveland's claims against Defendants Primis Financial Corp. and Momnt Technologies, Inc.

**IT IS SO ORDERED,** this 5th day of May, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE