# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL RAY CLEVELAND, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02093-SHL-cgc |
| PRIMIS FINANCIAL CORP. and MOMNT TECHNOLOGIES, INC., | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's complaint (ECF No. 1), filed January 29, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the joint Stipulation of Dismissal with Prejudice as to Defendants Primis Financial Corp. and Momnt Technologies, Inc. (ECF No. 47), filed July 9, 2025, all of Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 11, 2025
Date